NETWORK SOLUTIONS® the dot com people™

Home | Services | Find | Help | About Us

Web Interface to Whois

Brand every e-mail you send.
NETWORK SOLUTIONS

Registrant:
Nippon American Ltd. (LASERRESEARCH2-DOM)
95 Adirondack Dr.
East Greenwich, RI 02818
US

Domain Name: LASERRESEARCH.NET

Administrative Contact, Technical Contact, Zone Contact:
blumenthal, adam (AB14899) admin@CHSNET.NET
401-331-3838
Billing Contact:
Sunderland, Bruce (BS17903) bruce@NIPPONAMERICAN.COM
401-331-3838

Record last updated on 22-Jun-99.
Record created on 22-Jun-99.
Database last updated on 29-Aug-99 04:14:59 EDT.

Domain servers in listed order:

| | |
|---|---|
| PORCH.TEMPLEGAMES.COM | 209.6.215.75 |
| ALTAR.TEMPLEGAMES.COM | 209.6.215.110 |

Questions? help@networksolutions.com
© Copyright 1999 Network Solutions, Inc. All rights reserved.
Please read our Disclaimer.

→ Send ⇒ e-mail

webhosting@efortress.com

hostmaster@internic.net