# WHOIS SEARCH RESULTS

## laserresearchoptics.com

Certified Offer Service - Make an offer on this domain
Backorder - Try to get this name when it becomes available
SSL Certificates - Make this site secure
Site Confirm Seals - Become a trusted Web Site

**Registrant:**
Sunderland & Associates
ATTN: LASERRESEARCHOPTICS.COM
c/o Network Solutions
P.O. Box 447
Herndon, VA 20172-0447
Phone: 570-708-8780

**Domain Name:** LASERRESEARCHOPTICS.COM

**Administrative Contact :**
Sunderland & Associates
fw5pj33e6c2@networksolutionsprivateregistration.com
ATTN: LASERRESEARCHOPTICS.COM
c/o Network Solutions
P.O. Box 447
Herndon, VA 20172-0447
Phone: 570-708-8780

**Technical Contact :**
Network Solutions, LLC.
customerservice@networksolutions.com
13200 Woodland Park Drive
Herndon, VA 20171-3025
US
Phone: 1-888-642-9675
Fax: 571-434-4620

**Record expires on** 30-Aug-2006
**Record created on** 30-Aug-2000
**Database last updated on** 09-Dec-2004

**Domain servers in listed order:** Manage DNS

NS47.WORLDNIC.COM 216.168.228.26
NS48.WORLDNIC.COM 216.168.225.178

This listing is a Network Solutions Private Registration. Mail correspondence to this address must be sent via USPS Express Mail™ or USPS Certified Mail®; all other mail will not be processed. Be sure to include the registrant's domain name in the address.

Show underlying registry data for this record

**Current Registrar:** NETWORK SOLUTIONS, LLC.
**IP Address:** 216.168.224.63 (ARIN & RIPE IP search)

laserresearc... .tv
laserresearc... .cc
laserresearc... .ws
laserresearc... .bz
laserresearc... .vg
laserresearc... .gs
laserresearc... .tc
laserresearc... .ms

**Enter a search term:**
e.g. networksolutions.com

**Search by:**
Domain Name
NIC Handle
IP Address

| | |
|---|---|
| **IP Location:** | US(UNITED STATES)-VIRGINIA-MANASSAS |
| **Record Type:** | Domain Name |
| **Server Type:** | Netscape 6 |
| **Lock Status:** | REGISTRAR-LOCK |
| **Web Site Status:** | Parked |
| **DMOZ** | no listings |
| **Y! Directory:** | see listings |
| **Secure:** | No |
| **E-commerce:** | No |
| **Traffic Ranking:** | Not available |
| **Data as of:** | 08-Jun-2004 |

When you register a domain name, current policies require that the contact information for your domain name registration be included in a public database known as WHOIS. To learn about actions you can take to protect your WHOIS information visit www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes or for the purpose or purposes of using the data in any manner that violates these terms of use. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of Network Solutions. You agree not to use high-volume, automated, electronic processes to access or query the WHOIS database. Network Solutions reserves all rights and remedies it now has or may have in the future, including, but not limited to, the right to terminate your access to the WHOIS database in its sole discretion, for any violations by you of these terms of use, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by these terms of use. Network Solutions reserves the right to modify these terms at any time.



Review our Policies, Service Agreement, and Legal Notice
© Copyright 2005 Network Solutions. All rights reserved.

Secure Your Site with an SSL Certificate