Design Research Optics

Co2 Laser Lenses, Mirrors

This website is under construction for information about our products please call, fax or email us.

# Design Research Optics

East Greenwich, RI 02818-1534 USA

Phone: 401-885-7353 Fax: 401-884-5156

Email: sales@designoptics.com

For information regarding CO2 optics contact Bruce Sunderland, President directly. Thank you.

We are a new manufacturer of high power CO2 Laser optics for Industrial, Medical and Aerospace applications. We maintain a large inventory of standard off the shelf parts that are ready to ship. Our sales and engineering staff is available to help your with your standard or custom requirements and offer support in solving your laser and beam delivery problems. We operate from our headquarters in East Greenwich, RI and have advanced manufacturing in seve plants in California and Europe. Our fabrication and coating technologies offers you high quali parts at affordable prices.

We offer standard replacement optical components for most major CO2 Lasers manufacturers. Your assurance of product excellence is our cornerstone of business style.

Products include: ZnSe Lensés, Silicon Mirrors, Beamsplitters, Partial Reflectors, Total Reflectors and Polarization controling mirrors too.

High Performance CO2 Optics at affordable prices!!!

A message from Bruce Sunderland the president,

After founding Laser Research Optics 15 years ago, and being responsible for the world-wide distribution of CO2 optics with Meller Optics, Inc. for the last 10 years after I sold the company to them. My sales staff and I have decided to start a new optics company effective immediately, and have no further affiliation with Laser Research Optics, Division of Meller Optics, Inc.. In our new venture we want continue to offer very fast and personalized service for our customers, covering all the standard "off the shelf" CO2 optics, along with advancing the technology of low absorption CO2 "Power" and "Research" optics. My 28 years of technical experience along with our strong manufacturing capabilities should advance the state of the art in this field. We will address Industrial, Medical and Aerospace markets and will focus almost completely on the CO2 10.6□°m components. We will sell to "End Users" OEM's and support a select group of authorized distributors world-wide. We currently have a very large inventory of "Off the Shelf" items which are ready to ship. I truly appreciate all the support your orders have made to my success, and hope that you will continue to contact our new company for your requirements. Thank you again and we look

forward to hearing from you soon.