AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

*FOR THE* DISTRICT OF *RHODE ISLAND*

***MELLER OPTICS, INC. d/b/a***
***LASER RESEARCH OPTICS***

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: ***05-307-S***

***BRUCE SUNDERLAND, GARY SUNDERLAND,***
***NIPPON AMERICA LTD. and***
***SUNDERLAND & ASSOCIATES***

TO: (Name and address of defendant)

***Gary Sunderland***
***7 Sleepy Hallow Road***
***East Greenwich, Rhode Island***

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

***William R. Grimm(#1938)***
***Hinckley, Allen & Snyder LLP***
***1500 Fleet Center***
***Providence, RI 02903***

an answer to the complaint which is herewith served upon you, within ***20*** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of the Court within a reasonable period of time after service.

CLERK

DATE 7/12/05

Francis P. McCabe

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Services of the Summons and complaint was made by me [1] | DATE 7-12-05 |
| NAME OF SERVER (*PRINT*) Robert J. Kilduff | TITLE Disinterested Party |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 95 Adirondack Drive, East Greenwich, R.I.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with home the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 5.00 | 40.00 | 45.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/12/05
Date

[signature]
*Signature of Server*

16 Cowell Ave
*Address of Server*
Rumford, R.I. 02916

FILED
2005 JUL 14 P 4 40
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.