RECEIVED
JUL 14 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MELLER OPTICS, INC. d/b/a LASER RESEARCH OPTICS | : | |
| v. | : | C.A. No. 05-307-S |
| BRUCE SUNDERLAND, GARY SUNDERLAND, NIPPON AMERICA LTD. and SUNDERLAND & ASSOCIATES | : | |

**ORDER GRANTING TEMPORARY RESTRAINING ORDER**

This matter was heard on July 13, 2005, Judge William E. Smith presiding, on plaintiff's motion for a temporary restraining order. After conference, consideration by the Court and agreement of the parties, it is hereby

**ORDERED:**

1. The Defendants shall immediately transfer (subject to further order of the Court) the following domain names to the Plaintiff, Meller Optics, Inc., and excute all documents necessary to implement such transfer:

   <laserresearchoptics.com>

   <laserresearchoptics.net>

   <laseropticsresearch.com>

   <researchlaseroptics.com>

   <laserresearch.net>

2. Defendants are hereby restrained from registering any domain names related to Plaintiff's tradename "Laser Research Optics", with the intention of diverting business from Plaintiff or its website.

3. This restraining order shall remain in effect until further order of the Court. The parties shall contact the Court on or before Friday, July 22, 2005, concerning any need to schedule a preliminary injunction hearing.

ENTERED AS AN ORDER of this Court this 14th day of July, 2005.

ENTER: PER ORDER:

7/14/05

Presented by:

William R. Grimm (#1938)
HINCKLEY, ALLEN & SNYDER LLP
1500 Fleet Center
Providence, Rhode Island 02903
Tel. (401) 274-2000
Fax. (401) 277-9600
Attorney for Plaintiff

**CERTIFICATION**

To:

Gary Sunderland
7 Sleepy Hallow Road
East Greenwich, Rhode Island 02818-1718

Sunderland & Associates
7 Sleepy Hallow Road
East Greenwich, Rhode Island 02818-1718

Nippon America
95 Adirondack Drive
East Greenwich, Rhode Island 02818-1534

Bruce Sunderland
95 Adirondack Drive
East Greenwich, Rhode Island 02818-1534

I hereby certify that I mailed a copy of the within Order to the above-listed on this 14th day of July, 2005.

Ann M. Christiansen

#666651