IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MELLER OPTICS, INC. d/b/a LASER RESEARCH OPTICS,<br><br>Plaintiff,<br><br>v.<br><br>BRUCE SUNDERLAND, GARY SUNDERLAND NIPPON AMERICA LTD., SUNDERLAND & ASSOCIATES AND DESIGN RESEARCH OPTICS,<br><br>Defendants. | C.A. No. 05-307-S |

**MOTION FOR TEMPORARY RESTRAINING ORDER**

Plaintiff, Meller Optics, Inc. d/b/a Laser Research Optics moves this Honorable Court for a Temporary Restraining Order and a Preliminary Injunction.

An Verified Amended Complaint and a proposed order accompany this Motion.

Respectfully submitted,

MELLER OPTICS, INC.
d/b/a LASER RESEARCH OPTICS

By its attorneys:

William R. Grimm, (1938)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, Rhode Island 02903
Tel: (401) 274-2000
Fax: (401) 277-9600

Dated: July 21, 2005

#537824

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MELLER OPTICS, INC. d/b/a LASER RESEARCH OPTICS,<br><br>Plaintiff,<br><br>v.<br><br>BRUCE SUNDERLAND, GARY SUNDERLAND NIPPON AMERICA LTD., SUNDERLAND & ASSOCIATES AND DESIGN RESEARCH OPTICS,<br><br>Defendants. | ) | C.A. No. 05-307-S |

**TEMPORARY RESTRAINING ORDER**

This matter came to be heard before _____________ on July __, 2005 on Plaintiff Meller Optics, Inc. d/b/a Laser Research Optics motion for a temporary restraining order against Defendants Bruce Sunderland, Gary Sunderland, Nippon America Ltd., Sunderland & Associates and Design Research Optics. After hearing and consideration it is hereby:

ORDERED that Defendants Bruce Sunderland, Gary Sunderland, Nippon America Ltd., Sunderland & Associates and Design Research Optics their officers, servants, agents, employees, attorneys and representatives, and each of them, and those parties acting in concert or participating with them, are enjoined and restrained from:

1. using and/or disclosing Plaintiff's confidential business information and trade secrets including Plaintiff's customer lists, customer contact information, customer

communications, pricing information, product sales history information and purchaser history information.

ORDERED that Defendants Bruce Sunderland, Gary Sunderland, Nippon America Ltd., Sunderland & Associates and Design Research Optics their officers, servants, agents, employees, attorneys and representatives, and each of them, and those parties acting in concert or participating with them, upon receipt of this order:

1. deliver to Plaintiff all materials embodying Plaintiff's trade secrets and confidential information including Plaintiff's customer lists, customer contact information, customer communications, pricing information, product sales history information and purchaser history information.

2. disclose to Plaintiff a list of all of Plaintiff's current and former clients that Defendants contacted using Plaintiff's confidential business information and provide an accounting of all products sold as a result of such contact.

This matter is continued for a hearing on Plaintiff's request for a preliminary injunction until July ____, 2005.

ORDER: ENTER:

______________________________ ______________________________