NETWORK SOLUTIONS® the dot com people™

Home | Services | Find | Help | About Us

# Web Interface to Whois

Brand every e-mail you send.

NETWORK SOLUTIONS the dot com people

```
Registrant:
Nippon American Ltd. (LASERRESEARCH2-DOM)
   95 Adirondack Dr.
   East Greenwich, RI 02818
   US

   Domain Name: LASERRESEARCH.NET

   Administrative Contact, Technical Contact, Zone Contact:
      blumenthal, adam  (AB14899)  admin@CHSNET.NET
      401-831-3838
   Billing Contact:
      Sunderland, Bruce  (BS17903)  bruce@NIPPONAMERICAN.COM
      401-331-3838

   Record last updated on 22-Jun-99.
   Record created on 22-Jun-99.
   Database last updated on 29-Aug-99 04:14:59 EDT.

   Domain servers in listed order:

   PORCH.TEMPLEGAMES.COM        209.6.215.75
   ALTAR.TEMPLEGAMES.COM        209.6.215.110
```

Questions? help@networksolutions.com

© Copyright 1999 Network Solutions, Inc. All rights reserved.
Please read our Disclaimer.

→ Send → e-mail

webhosting@efortress.com

hostmaster@internic.net