IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUL 21 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

MELLER OPTICS, INC. d/b/a
LASER RESEARCH OPTICS,

Plaintiff,

v. C.A. No. 05-307-S

BRUCE SUNDERLAND, GARY SUNDERLAND
NIPPON AMERICA LTD.,
SUNDERLAND & ASSOCIATES AND
DESIGN RESEARCH OPTICS,

Defendants.

**MOTION FOR TEMPORARY RESTRAINING ORDER**

Plaintiff, Meller Optics, Inc. d/b/a Laser Research Optics moves this Honorable Court for a Temporary Restraining Order and a Preliminary Injunction.

An Verified Amended Complaint and a proposed order accompany this Motion.

DENIED
William E. Smith
U.S. District Judge
7/21/05

Respectfully submitted,

MELLER OPTICS, INC.
d/b/a LASER RESEARCH OPTICS

By its attorneys:

William R. Grimm, (1938)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, Rhode Island 02903
Tel: (401) 274-2000
Fax: (401) 277-9600

Dated: July 21, 2005

#537824