UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MELLOR OPTICS, INC.
d/b/a Laser Research Optics

vs. C.A. No. 05-307S

BRUCE SUNDERLAND, ET AL.

**SCHEDULING ORDER**

A preliminary injunction hearing will be heard on August 9, 2005 at 9:30 a.m. The parties shall file memoranda of law on or before August 5, 2005.

By Order,

Deputy Clerk

ENTER:

William E. Smith
U.S. District Judge

Date: 7/22/05