# United States District Court

FOR THE DISTRICT OF RHODE ISLAND

MELLER OPTICS, INC. d/b/a
LASER RESEARCH OPTICS

## SUMMONS IN A CIVIL ACTION

V.

CASE NUMBER: 05-307-S

BRUCE SUNDERLAND, GARY SUNDERLAND
NIPPON AMERICA LTD.
SUNDERLAND & ASSOCIATES and
DESIGN RESEARCH OPTICS

TO: (Name and Address of Defendant)

DESIGN RESEARCH OPTICS
95 Adirondack Drive
East Greenwich, Rhode Island

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

William R. Grimm
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK

7-21-05
DATE

BY DEPUTY CLERK

AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the AMENDED Summons and Complaint and Motion for TRO was made by me[1] | DATE 7-21-05 |
| NAME OF SERVER Robert J. Kilduff | TITLE Disinterested Party |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☑ Returned unexecuted: To An Agent Authorized by appointment or by Law to receive Service of Process Namely Bruce Sundlun

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 5.00 | 40.00 | 45.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/21/05 At 3:34 PM
*Date*

*Signature of Server*

16 Cornell Ave Rumford, R.I. 02916
*Address of Server*

FILED 7-21-05

2005 JUL 25 P 3:38

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.