# United States District Court

FOR THE DISTRICT OF RHODE ISLAND

MELLER OPTICS INC. d/b/a
LASER RESEARCH OPTICS

V.

BRUCE SUNDERLAND, GARY SUNDERLAND,
NIPPON AMERICA LTD. and
SUNDERLAND & ASSOCIATES and
DESIGN RESEARCH OPTICS

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 05-307-S

TO: (Name and Address of Defendant)

Bruce Sunderland
95 Adirondack Drive
East Greenwich, Rhode Island

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

William R. Grimm (#1938)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, Rhode Island 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK

DATE 7-21-05

[signature]

BY DEPUTY CLERK

AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Amended Complaint and motion for TRO was made by me[1] | DATE 7-21-05 |
| NAME OF SERVER Robert J. Kildoff | TITLE Disinterested Party |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 95 Adirondack Drive, East Greenwich, R.I.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 5.00 | 40.00 | 45.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/21/05
*Date*

*Signature of Server*

16 Corwell Ave Rumford, R.I. 02916
*Address of Server*

5-21-02

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

2005 JUL 25 P 3:38

FILED

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.