IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MELLER OPTICS, INC. d/b/a<br>LASER RESEARCH OPTICS,<br><br>Plaintiff,<br><br>v.<br><br>BRUCE SUNDERLAND, GARY SUNDERLAND<br>NIPPON AMERICA LTD.,<br>SUNDERLAND & ASSOCIATES AND<br>DESIGN RESEARCH OPTICS,<br><br>Defendants. | C.A. No. 05-307-S |

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that plaintiff, Mellor Optics, Inc. d/b/a Laser Research Optics by counsel and pursuant to Rule 30 of the Federal Rules of Civil Procedure and the Local Rules of this Court, will take the deposition of **BRUCE SUNDERLAND** before an officer authorized to administer oaths on **Wednesday, August 3, 2005 at 10:00 a.m.** and will continue day to day thereafter until completed. The deposition will be taken at the offices of Hinckley, Allen & Snyder LLP, 1500 Fleet Center, Providence, Rhode Island 02903.

You are invited to attend and cross-examine.

MELLER OPTICS, INC.
d/b/a LASER RESEARCH OPTICS

By its attorneys:

William R. Grimm, (1938)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, Rhode Island 02903
Tel: (401) 274-2000
Fax: (401) 277-9600

Dated: July 26, 2005

**CERTIFICATION**

To:

Diana Pearson, Esq.
378 Main Street
East Greenwich, Rhode Island 02818

I hereby certify that I telecopied and mailed a copy of the within Notice of Deposition to the above-listed on this 26th day of July, 2005.

#668076