SCANNED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MELLER OPTICS, INC., d/b/a LASER RESEARCH OPTICS, Plaintiff, vs. BRUCE SUNDERLAND, GARY SUNDERLAND, NIPPON AMERICA LTD., and SUNDERLAND & ASSOCIATES Defendant(s). | C.A. NO. 05-307s |

## ENTRY OF APPEARANCE

Craig M. Scott and Stacey P. Nakasian hereby enter their appearance on behalf of the Defendants.

8/2/05

Craig M. Scott, Esq. (#4237)
Stacey P. Nakasian, Esq. # (5069)
Duffy Sweeney & Scott, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701-Fax

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of August 2005, I caused a copy of the within Entry of Appearance to be send via First Class Mail to the following:

William R. Grimm, Esq.
Hinckley, Allen & Snyder, LLP
1500 Fleet Center
Providence, RI 02903

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SCANNED

| | | |
|---|---|---|
| MELLER OPTICS, INC., d/b/a LASER RESEARCH OPTICS, Plaintiff, | ) | |
| vs. | ) | C.A. NO. 05-307s |
| BRUCE SUNDERLAND, GARY SUNDERLAND, NIPPON AMERICA LTD., and SUNDERLAND & ASSOCIATES Defendant(s). | ) | |

**ENTRY OF APPEARANCE**

Craig M. Scott and Stacey P. Nakasian hereby enter their appearance on behalf of the Defendants.

Craig M. Scott, Esq. (#4237)
Stacey P. Nakasian, Esq. # (5069)
Duffy Sweeney & Scott, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701-Fax

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29 day of July 2005, I caused a copy of the within Entry of Appearance to be send via First Class Mail to the following:

William R. Grimm, Esq.
Hinckley, Allan & Snyder, LLP
1500 Fleet Center
Providence, RI 02903