UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MELLER OPTICS, INC., d/b/a LASER RESEARCH OPTICS,<br><br>Plaintiff,<br><br>vs.<br><br>BRUCE SUNDERLAND, GARY SUNDERLAND, NIPPON AMERICA LTD., and SUNDERLAND & ASSOCIATES<br><br>Defendant(s). | C.A. NO. 05-307s |

**NOTICE OF TAKING DEPOSITION**

PLEASE TAKE NOTICE that Defendant, through counsel, will take the deposition of **David Lydon** pursuant to Rule 30 of the Federal Rules of Civil Procedure on **Monday, August 8, 2005 at 10:30 a.m.** before a notary public or other officer authorized to administer oaths by law, at the offices of **Duffy Sweeney & Scott, Ltd., One Turks Head Place, 76 Westminster Street, Providence, Rhode Island 02903**. The deponent is requested to produce the documents listed on Exhibit A attached hereto. The deposition will continue from day to day until completed, unless counsel for the parties agrees otherwise.

BRUCE SUNDERLAND, et. al.

Craig M. Scott, Esq. (#4237)
Stacey P. Nakasian, Esq. (#5069)
Duffy Sweeney & Scott, LTD
One Turks Head Place, Suite 1200
Providence, Rhode Island 02903
(401) 455-0700
(401) 455-0701 (Fax)

Dated: August 4, 2005

**Exhibit A**

1. All documents including but not limited to company policies regarding the use and/or disclosure of proprietary and confidential company information.

2. All documents concerning or reflecting efforts undertaken by the company to maintain the secrecy of the information that the company alleges in its Amended Complaint constitutes a trade secret.

**CERTIFICATION**

TO:

Reporting Associates
10 Dorrance Street
Providence, RI 02903

William R. Grimm, Esq.
Hinckley, Allen & Snyder, LLP
1500 Fleet Center
Providence, RI 02903

I hereby certify that I caused a true copy of the within Notice of Deposition to be sent via regular mail to the above-named counsel of record on the 4th day of August 2005.

____________________________