UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MELLER OPTICS, INC., d/b/a LASER RESEARCH OPTICS,

Plaintiff,

vs.

BRUCE SUNDERLAND, GARY SUNDERLAND, NIPPON AMERICA LTD., and SUNDERLAND & ASSOCIATES

Defendant(s).

C.A. NO. 05-307s

FILED AUG 04 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

**JOINT MOTION FOR EXTENSION OF TIME AND TO EXCEED THE PAGE LIMIT**

The parties, by and through their undersigned counsel, hereby jointly move for an extension of time to submit their briefs in connection with Plaintiff's Motion for Preliminary Injunction which is scheduled for hearing on Tuesday, August 9, 2005. Pursuant to the Court's Order entered July 22, 2005, those briefs are due Friday, August 5, 2005. The parties request that that filing deadline be extended to Monday, August 8, 2005 in order to permit the completion of discovery relating to the scheduled hearing. In addition, the parties request leave to exceed the Court's page limit and to submit briefs of not more than 30 page each.

Respectfully submitted,

William R. Grimm, Esq.
Hinckley, Allen & Snyder, LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600-Fax
Dated: 8/4/05

Respectfully submitted,

Craig M. Scott, Esq. (#4237)
Stacey P. Nakasian, Esq. # (5069)
Duffy Sweeney & Scott, LTD.
Providence, RI 02903
(401) 455-0700
(401) 455-0701-Fax
Dated: 8/4/05

GRANTED
William E. Smith
U.S. District Judge
8/8/05