UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MELLER OPTICS, INC.,
d/b/a Laser Research Optics,
Plaintiff

V. C.A. No. 05-307S

BRUCE SUNDERLAND, ET AL.,
Defendants

CLERK'S MINUTES

| | |
|---|---|
| Judge: | Honorable William E. Smith |
| Court Reporter: | Anne Clayton |
| Courtroom Deputy: | Alba-Sue Mercurio |
| Plaintiff: | William Richard Grimm, Esq. |
| Defendants: | Stacey P. Nakasian, Esq. |
| Date: | August 9, 2005 |

MOTION HEARING: 9:36 a.m. - 4:40 p.m.

Hearing re: plaintiff's motion for preliminary injunction. Plaintiff presents its case. Defendants present their case. Two witnesses are sworn and 28 exhibits are admitted into evidence. Hearing to be continued to 8/26/05 at 9:30 a.m.

20