UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MELLER OPTICS, INC., d/b/a LASER RESEARCH OPTICS,

Plaintiff,

vs.

BRUCE SUNDERLAND, GARY SUNDERLAND, NIPPON AMERICA LTD., and SUNDERLAND & ASSOCIATES

Defendant(s).

C.A. NO. 05-307S

RECEIVED
AUG 15 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**STIPULATION**

The parties, by and through their undersigned counsel, hereby stipulate and agree that Defendants shall have to up to and including September 6, 2005 to respond to the Amended Complaint.

William R. Grimm, Esq.
Hinckley, Allen & Snyder, LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600

Craig M. Scott, Esq. (#4237)
Stacey P. Nakasian, Esq. (#5069)
Duffy & Sweeney, LTD
One Turks Head Place, Suite 1200
Providence, Rhode Island 02903
Phone: (401) 455-0700
(401) 455-0700
(401) 455-0701