RECEIVED
SEP 07 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MELLER OPTICS, INC., d/b/a
LASER RESEARCH OPTICS,

Plaintiff,

vs.

BRUCE SUNDERLAND,
GARY SUNDERLAND,
NIPPON AMERICA LTD., and
SUNDERLAND & ASSOCIATES

Defendant(s).

C.A. NO. 05-307S

**STIPULATION**

The parties, by and through their undersigned counsel, hereby stipulate and agree that Defendants shall have to up to and including September 9, 2005 to respond to the Amended Complaint.

William R. Grimm, Esq.
Hinckley, Allen & Snyder, LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600

Craig M. Scott, Esq. (#4237)
Stacey P. Nakasian, Esq. (#5069)
Duffy & Sweeney, LTD
One Turks Head Place, Suite 1200
Providence, Rhode Island 02903
Phone: (401) 455-0700
(401) 455-0700
(401) 455-0701

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 9/8/05