UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MELLER OPTICS, INC., d/b/a LASER RESEARCH OPTICS,<br>Plaintiff,<br>vs.<br>BRUCE SUNDERLAND, GARY SUNDERLAND, NIPPON AMERICA LTD., and SUNDERLAND & ASSOCIATES<br>Defendant(s). | ) | C.A. NO. 05-307S |

**STIPULATION OF DISMISSAL**

The parties, by and through their undersigned counsel, hereby stipulate and agree that this action may be dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), each party to bear its own costs.

William R. Grimm, Esq.
Hinckley, Allen & Snyder, LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600

Craig M. Scott, Esq. (#4237)
Stacey P. Nakasian, Esq. (#5069)
Duffy & Sweeney, LTD
One Turks Head Place, Suite 1200
Providence, Rhode Island 02903
Phone: (401) 455-0700
(401) 455-0700
(401) 455-0701

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 10/5/05