AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

EXHIBIT AND WITNESS LIST

Meller Optics v. Sunderland, Et Al. CASE NUMBER: CA05-307S

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William E. Smith | William Grimm | Stacey Nakasian |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 8/9/05 | Anne Clayton | Alba-Sue Mercurio |

| | PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|---|
| W | 1 | | 8/9/05 | | | David Lydon |
| | 1 | | 8/9/05 | ✓ | 8/9 | Confidentiality + Non-Disclosure Agreement |
| | 2 | | | ✓ | 8/9 | Purchase + Sale Agreement dated 10/31/95 |
| | 3 | | | ✓ | 8/9 | Employment + Compensation Agreement 10/31/95 |
| | 4 | | | ✓ | 8/9 | Sales Representative Agreement 10/1/2001 |
| | 5 | | | ✓ | 8/9 | ~~[illegible]~~ copy of Meller Optics Personnel Policy Manual |
| | 13 | | | ✓ | | Confidentiality + Non-Disclosure Agreement |
| | 6 | | | ✓ | 8/9 | Notice of Termination of Sales Rep Agreement |
| | 11 | | | ✓ | 8/9 | Customer Master Listing of Laser Research Optics [SEALED] |
| | 12 | | | ✓ | 8/9 | Sales History Summary [SEALED] |
| | 7 | | | ✓ | 8/9 | FAX from Sunderland → Charles Molinari 7/27/05 |
| | 8 | | | ✓ | 8/9 | FAX from " → Meinrad 7/6/05 |
| | 9 | | | ✓ | | Description of web site |
| | 10 | | | ✓ | | Cancellation Purchase Order |
| | 12A | | | | 8/9 | Sales History [SEALED] Summary |
| W | 2 | | | | | Bruce Sunderland |
| | | A | | ✓ | 8/9 | Website for Thomas Register |
| | | B | | ✓ | 8/9 | Pen Metal Fabricators web site |
| | | C | | ✓ | 8/9 | Website for Pen Metal Fabricators |

Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

V.

CASE NUMBER: ____________________

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | D | 8/9/05 | ✓ | 8/9 | Engineering Directory |
| | E | | ✓ | 8/9 | Web Search |
| | F | | ✓ | 8/9 | Web search - List of Companies |
| | G | | ✓ | 8/9 | Final Detail on mdhownet.com |
| | H | | ✓ | 8/9 | Icon Industrial Directory |
| | I | | ✓ | 8/9 | List of Companies |
| | J | | ✓ | 8/9 | Custom Laser Website |
| | N | | ✓ | 8/9 | Plastics Distributor - Industrial Buyers Guide |
| | O | | ✓ | 8/9 | Questionairre for Laser Focus World |
| | P | | ✓ | 8/9 | Buyer's Guide for Cleo |
| | Q | | ✓ | 8/9 | Euro Laser Magazine |
| | R | | ✓ | 8/9 | Trade Magazine |
| | S | | ✓ | 8/9 | Buyers Guide for Fabrication |
| | T | | ✓ | 8/9 | Photonics Guide |