Mellor Optics, Inc
Plaintiff

VS: CA05-307S

Bruce Sunderland
Defendant

# EXHIBIT RECEIPT

Plaintiff's exhibits 1 through 10 and 13

Sara Streeter
Attorney

Deputy clerk