Mellor Optics, Inc
Plaintiff

VS: CA05-307S

Bruce Sunderland
Defendant

# EXHIBIT RECEIPT

Defendant's exhibits A through J and N through T

~~Attorney~~ File Clerk

Deputy clerk